**SIDE BY SIDE REDEVELOPMENT,
INCORPORATED, Plaintiff–
Appellant**

v.

**CITY OF NEW ORLEANS,
Defendant–Appellee.**

No. 11–30028.

United States Court of Appeals,
Fifth Circuit.

Nov. 10, 2011.

James E. Uschold, New Orleans, LA, for Plaintiff–Appellant.

---

9. *Wolff*, 418 U.S. at 570, 94 S.Ct. 2963.

Franz L. Zibilich, Joyce Gerdes Joseph, James Bryan Mullaly, City Attorney's Office, New Orleans, LA, for Defendant–Appellee.

Before JONES, Chief Judge, and DAVIS and DeMOSS, Circuit Judges.

PER CURIAM: *

The court has carefully considered this appeal in light of the briefs, oral argument and pertinent portions of the record. Having done so, we find no violation of procedural due process and therefore AFFIRM the district court's judgment.

**AFFIRMED**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.